UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD SHOEMAKER, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED PARCEL SERVICE, INC., a corporation,<br><br>　　　　　　Defendant. | Case No. 1:10-CV-00185-EJL-CWD<br><br>**JUDGMENT** |

　　Based upon this Court's Order Adopting Report and Recommendation and the Court being fully advised in the premises;

　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendant and this case is **DISMISSED IN ITS ENTIRETY.**

DATED: **March 9, 2011**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT- 1